IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENDO MARTINEZ SERVIN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ATTORNEY GENERAL OF CALIFORNIA;<br>RODERICK HICKMAN,<br><br>　　　　　　RESPONDENTS. | 2:05-cv-01343-GEB-KJM<br><br><br>ORDER |

　　　　　The parties have consented to proceed before the Magistrate Judge for all purposes. See 28 U.S.C. § 636(c).

　　　　　If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed. See Local Rule 73-305(b) (prescribing "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral.").

Dated: September 4, 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　United States District Judge

1

|   |   |
|---|---|
| 1 | ACCEPTANCE OF REFERRAL |
| 2 | Pursuant to the parties' consent and the approval of the |
| 3 | United States District Judge, I accept reassignment of this action for |
| 4 | all further proceedings, including entry of final judgment.  All |
| 5 | documents hereafter filed shall be denominated as 2:05-CV-01343-KJM. |
| 6 | IT IS SO ORDERED. |
| 7 | DATED: |

_____
KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE